No. 250. PREFERRED ACCIDENT INS. CO. *v.* MARSH. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

716

*Messrs. Arthur D. Baldwin* and *Clare M. Vrooman* for petitioner. *Messrs. Harry F. Payer* and *Gerald Pilliod* for respondent.

No. 251. NEW YORK LIFE INS. CO. *v.* MARSH. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Arthur D. Baldwin* and *Clare M. Vrooman* for petitioner. *Messrs. Harry F. Payer* and *Gerald Pilliod* for respondent.